**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| OBAID ULLAH, AMERICAN CIVIL LIBERTIES UNION, AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br><br>*Plaintiffs*,<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY,<br><br>*Defendant*. | Civil Action No. 18-2785 (JEB) |

**JOINT STATUS REPORT AND PROPOSED SCHEDULES**

In its Minute Order dated February 27, 2019, the Court directed the parties to confer and submit a joint proposed briefing schedule by March 13, 2019.

**Background**

Plaintiffs Obaid Ullah and the American Civil Liberties Union (ACLU) filed this Freedom of Information Act lawsuit against Defendant Central Intelligence Agency ("CIA" or "Agency") to compel the CIA to respond to a request for records relating to the disposition of Gul Rahman's remains.  Compl. ¶ 1, Nov. 29, 2018 (ECF No. 1).  Specifically, Plaintiffs' FOIA request dated April 18, 2018, sought the production of records concerning: "(1) The United States' (or its agents') disposition of Mr. [Gul] Rahman's body after his death in CIA custody in November 2002; (2) Any and all documents referencing the location of Mr. Rahman's body; and (3) Procedures, protocols, or guidelines to be followed in the event of a CIA detainee's death while in United States' custody, including family notification, investigation and disposition of the body." *Id.* ¶ 16.  Defendant answered the Complaint on February 27, 2019 (ECF No. 13).

**Defendant's Status Update and Proposed Schedule**

Defendant's search and processing of records in response to the FOIA request is still ongoing. An initial search has been completed but the Agency is still working to confirm the completeness of the search. In its initial search the Agency identified certain potentially responsive records (it has not yet confirmed the precise number) and the Agency is currently reviewing these for responsiveness. Any responsive records will be processed by the Agency, and any segregable, nonexempt records or portions of records will be produced to Plaintiffs.

Given the status of the search thus far, Defendant anticipates that only one final response will be necessary and expects its searches and processing to be completed by the end of May 2019. Therefore, Defendant requests that the Court set a processing schedule with Defendant to complete its search and processing of the records and issue a final response to Plaintiffs' FOIA request by May 31, 2019.

Because Defendant's search and processing of records is still ongoing and a final response has not yet been provided, Defendant believes it is premature for the Court to set a briefing schedule. Defendant requests that the Court instead direct the parties to file a Joint Status Report on or before June 14, 2019, identifying any outstanding issues in dispute concerning the sufficiency of the Agency's search and/or response and a schedule for further proceedings including, if necessary, a proposed briefing schedule.

**Plaintiffs' Proposed Schedule**

Plaintiffs propose that the Agency complete its production and response no later than April 18, 2019. The CIA received Plaintiffs' FOIA request on April 18, 2018, and has provided no substantive response to the request in nearly eleven months. The CIA has not suggested there are many responsive records to be processed, and has previously indicated that it initially identified no more than 100 potentially responsive records. It should be ordered to process them

more expeditiously. One year is more than sufficient for the agency to complete its search and response.

Plaintiffs further propose that the CIA produce its final *Vaughn* indices 30 days after its production, so that they are due May 20, 2019. During this 30-day period the CIA should produce draft *Vaughn* indices and confer with Plaintiffs.

Finally, Plaintiffs propose the following schedule for summary judgment briefing: the government must submit its summary judgment motion within 30 days of finalizing the *Vaughn* indices, on June 19, 2019. Plaintiffs' opposition brief is due 30 days thereafter, on July 19, 2019. The government's reply, if any, is due 14 days thereafter, on August 2, 2019.

Dated: March 13, 2019                                            Respectfully submitted,

 /s/ Dror Ladin                                                                  JESSIE K. LIU
Dror Ladin (D.C. Bar No. NY0277)                        D.C. Bar 472845
Steven Watt                                                                    United States Attorney
Hina Shamsi (D.C. Bar No. MI0071)
American Civil Liberties Union                             DANIEL F. VAN HORN
Foundation                                                                    D.C. Bar 924092
125 Broad Street, 18th Floor                                  Chief, Civil Division
New York, New York 10004
Tel: 212-549-2500                                                    By:  /s/  Daniel P. Schaefer
Fax: 212-549-2654                                                    DANIEL P. SCHAEFER
dladin@aclu.org                                                       D.C. Bar 996871
hshamsi@aclu.org                                                  Assistant United States Attorney
swatt@aclu.org                                                        555 4th Street, N.W.
                                                                                    Washington, D.C. 20530
Arthur B. Spitzer (D.C. Bar No. 235960)               (202) 252-2531
American Civil Liberties Union                             Daniel.Schaefer@usdoj.gov
of the District of Columbia
915 15th Street, NW, 2nd Floor
Washington, DC 20005                                         *Counsel for Defendant*
Tel: 202-457-0800
Fax: 202-457-0805
aspitzer@acludc.org

*Counsel for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OBAID ULLAH, AMERICAN CIVIL LIBERTIES UNION, AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br><br>*Plaintiffs*,<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY,<br><br>*Defendant*. | Civil Action No. 18-2785 (JEB) |

### DEFENDANT'S PROPOSED ORDER

In light of the parties' joint status report and their respective proposed schedules, it is hereby **ORDERED** that Defendant shall complete its search and processing of records and issue a final response to Plaintiffs' FOIA request on or before May 31, 2019; the parties shall file a further joint status report discussing, *inter alia*, the status of Defendant's response, identifying any outstanding issues in dispute relating to the sufficiency's of Defendant's response, and proposing a schedule for further proceedings, on or before June 14, 2019.

_____           _____
Date                                                                          United States District Judge

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| OBAID ULLAH, AMERICAN CIVIL LIBERTIES UNION, AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br><br>*Plaintiffs*,<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY,<br><br>*Defendant*. | Civil Action No. 18-2785 (JEB) |

**PLAINTIFFS' PROPOSED ORDER**

In light of the parties' joint status report and their respective proposed schedules, it is hereby **ORDERED** that Defendant shall complete its search and processing of records and issue a final response to Plaintiffs' FOIA request on or before April 18, 2019; Defendant shall produce *Vaughn* indices by May 20, 2019; Defendant shall submit its summary judgment motion by June 19, 2019; Plaintiffs shall submit their opposition brief by July 19, 2019, and Defendant's reply, if any, shall be submitted by August 2, 2019.

_____                             _____
Date                                                                               United States District Judge