## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| OBAID ULLAH, AMERICAN CIVIL LIBERTIES UNION, AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br><br>*Plaintiffs*,<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY,<br><br>*Defendant*. | Civ. A. No. 18-2785 (JEB) |

### JOINT STATUS REPORT AND PROPOSED BRIEFING SCHEDULE

The parties, by and through their counsel, submit this Joint Status Report and Proposed Briefing Schedule in response to the Court's Minute Order dated March 14, 2019.

Defendant Central Intelligence Agency issued a final response to Plaintiffs' Freedom of Information Act ("FOIA") request as scheduled on May 31, 2019.  Defendant released nine documents with portions withheld under FOIA Exemptions (b)(1), (b)(3), (b)(5), and (b)(6).  In addition, Defendant withheld in full 29 documents pursuant to FOIA Exemptions (b)(1), (b)(3), (b)(5), (b)(6), and (b)(7)(c).  The Exemption (b)(3) withholdings pertain to Section 6 of the Central Intelligence Agency Act of 1949, 50 U.S.C. § 3507, and/or Section 102A(i)(1) of the National Security Act of 1947, 50 U.S.C. § 3024(i)(1).

The parties conferred by phone on June 12, 2019, on the status of the case.  Plaintiffs advised that they intend to challenge both the search and the asserted withholdings.  Plaintiffs also sent a communication by email on June 14, 2019, identifying a few categories of information in the Agency's withholdings that they provisionally do not intend to challenge.

Over the coming weeks the parties will continue to explore whether there are any other ways that the parties can narrow the scope of the dispute.

The parties also discussed and reached agreement on a joint proposed briefing schedule for Defendant's dispositive motion:  Defendant's motion for summary judgment to be due by September 5, 2019; Plaintiffs' opposition to Defendant's motion to be due by October 7, 2019; Defendant's reply in support of its motion due by October 21, 2019.  There are no other issues that require the Court's attention at this time.  A proposed scheduling order is attached.

The parties therefore jointly request that the Court enter the parties' proposed scheduling order for briefing Defendant's dispositive motion.

Dated: June 14, 2019

  */s/ Dror Ladin*
Dror Ladin (D.C. Bar No. NY0277)
Steven Watt
Hina Shamsi (D.C. Bar No. MI0071)
American Civil Liberties Union
Foundation
125 Broad Street, 18th Floor
New York, New York 10004
Tel: 212-549-2500
Fax: 212-549-2654
dladin@aclu.org
hshamsi@aclu.org
swatt@aclu.org

Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union
of the District of Columbia
915 15th Street, NW, 2nd Floor
Washington, DC 20005
Tel: 202-457-0800
Fax: 202-457-0805
aspitzer@acludc.org

*Counsel for Plaintiffs*

Respectfully submitted,

JESSIE K. LIU
D.C. Bar 472845
United States Attorney

DANIEL F. VAN HORN
D.C. Bar 924092
Chief, Civil Division

By: */s/ Daniel P. Schaefer*
DANIEL P. SCHAEFER
D.C. Bar 996871
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2531
Daniel.Schaefer@usdoj.gov

*Counsel for Defendant*